UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18CR2159-W |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| Maria Elizabeth Heredia-Nunez, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Defendant for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense as charged in the Information:

21 USC 952,960 – IMPORTATION OF METHAMPHETAMINE

Dated: 5/15/2018

Hon. Thomas J. Whelan
United States District Judge